## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANGEL FLORES-MUNGUIA,<br>*Petitioner* | § § § | |
| v. | § § | Case No.  SA-26-CA-00868-XR |
| PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR, ICE; TODD LYONS, DIRECTOR, ICE; DAREN MARGOLIN, DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; AND WARDEN OF THE KARNES COUNTY DETENTION CENTER,<br>*Respondents* | § § § § § § § § § § § § § § § § | |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner ANGEL FLORES-MUNGUIA (A# 221-359-890), who is currently detained in the Karnes County Immigrant Processing Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1 at 2.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Jo Bondi, U.S. Attorney General;

2. Kristi Lynn Noem, Secretary of Homeland Security;

3.  Sylvester Ortega, Director of Removal Operations for the San Antonio Field Office of the U.S. Immigration and Customs Enforcement

4.  Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and

5.  Daren K. Margolin, Director of the Executive Office for Immigration Review.

*See* FED. R. CIV. P. 4(i). Service should be directed to

Stephanie Rico
Civil Process Clerk
U.S. Attorney's Office for the Western District of Texas,
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, Karnes County Immigrant Processing Center with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

Warden
Karnes County Immigrant Processing Center
409 FM 1144
Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 13th day of February, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE